Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-13432-AMC

RUTH ELAINE HECK
312 ANVIL ROAD
NOTTINGHAM  PA    19362

Petition Filed Date: 05/15/2017
341 Hearing Date: 07/28/2017
Confirmation Date: 02/15/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/14/2019 | $254.69 | 6000476596 | 02/05/2019 | $254.69 | 6000490602 | 03/08/2019 | $254.69 | 6000518843 |
| 04/17/2019 | $254.69 | 6000552171 | 05/14/2019 | $254.69 | 6000569227 | 06/17/2019 | $573.91 | 6000594616 |
| 07/22/2019 | $573.91 | 25754270962 | 08/14/2019 | $573.91 | 6000639443 | 09/10/2019 | $573.91 | 6000657360 |
| 10/11/2019 | $573.91 | 6000680662 | 11/13/2019 | $573.91 | 6000702026 | 12/26/2019 | $573.91 | 25352107615 |
| 01/13/2020 | $174.60 | 25352107727 | 01/13/2020 | $1,000.00 | 25352107716 | 02/18/2020 | $1,000.00 | 25352108087 |
| 02/18/2020 | $174.60 | 25352108098 | 03/17/2020 | $174.60 | 26057918283 | 03/17/2020 | $1,000.00 | 26057918272 |
| 04/07/2020 | $174.60 | 26057922895 | 04/07/2020 | $1,000.00 | 26057922884 | 05/13/2020 | $174.60 | 25352109382 |
| 05/13/2020 | $1,000.00 | 25352109371 | 06/11/2020 | $174.60 | 25352109720 | 06/11/2020 | $1,000.00 | 25352109718 |
| 07/14/2020 | $1,000.00 | 25352110372 | 07/14/2020 | $174.60 | 25352110383 | | | |

**Total Receipts for the Period: $13,513.02  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $18,352.13**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $15,866.42 | $3,974.09 | $11,892.33 |
| 5 | BANK OF AMERICA NA »» 005 | Unsecured Creditors | $7,322.55 | $1,834.09 | $5,488.46 |
| 2 | BRANCH BANKING & TRUST CO »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $8,076.90 | $2,023.03 | $6,053.87 |
| 6 | NEWREZ LLC  D/B/A »» 006 | Mortgage Arrears | $8,860.62 | $8,860.62 | $0.00 |
| 3 | M&T BANK »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | M&T BANK »» 03U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |

**Chapter 13 Case No. 17-13432-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $18,352.13 | Current Monthly Payment: | $1,174.60 |
| Paid to Claims: | $16,691.83 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,660.07 | Total Plan Base: | $44,193.33 |
| Funds on Hand: | $0.23 |  |  |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.