Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-13432-AMC**

RUTH ELAINE HECK
312 ANVIL ROAD
NOTTINGHAM  PA    19362

Petition Filed Date: 05/15/2017
341 Hearing Date: 07/28/2017
Confirmation Date: 02/15/2018

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $174.60 | 25352107727 | 01/13/2020 | $1,000.00 | 25352107716 | 02/18/2020 | $1,000.00 | 25352108087 |
| 02/18/2020 | $174.60 | 25352108098 | 03/17/2020 | $174.60 | 26057918283 | 03/17/2020 | $1,000.00 | 26057918272 |
| 04/07/2020 | $174.60 | 26057922895 | 04/07/2020 | $1,000.00 | 26057922884 | 05/13/2020 | $174.60 | 25352109382 |
| 05/13/2020 | $1,000.00 | 25352109371 | 06/11/2020 | $174.60 | 25352109720 | 06/11/2020 | $1,000.00 | 25352109718 |
| 07/14/2020 | $1,000.00 | 25352110372 | 07/14/2020 | $174.60 | 25352110383 | 08/18/2020 | $1,000.00 | 25352110978 |
| 08/18/2020 | $174.60 | 25352110980 | 09/18/2020 | $1,000.00 | 26985375044 | 09/18/2020 | $174.60 | 26985375055 |
| 10/19/2020 | $1,000.00 | 25352113781 | 10/19/2020 | $174.60 | 25352113792 | 11/17/2020 | $1,000.00 | 26985375685 |
| 11/17/2020 | $174.60 | 26985375696 | 12/15/2020 | $1,000.00 | 25352106985 | 12/15/2020 | $174.60 | 25352106996 |
| 01/20/2021 | $174.60 | 26985377092 | 01/20/2021 | $1,000.00 | 26985377081 | 02/12/2021 | $1,000.00 | 26985376754 |
| 02/12/2021 | $174.60 | 26985376765 | 03/16/2021 | $174.60 | 26985378431 | 03/16/2021 | $1,000.00 | 26985378420 |
| 04/20/2021 | $174.60 | 26985379241 | 04/20/2021 | $1,000.00 | 26985379230 | 05/18/2021 | $174.60 | 19262067316 |
| 05/18/2021 | $1,000.00 | 26985379994 | | | | | | |

**Total Receipts for the Period:  $19,968.20   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $30,098.13**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $15,866.42 | $9,463.73 | $6,402.69 |
| 5 | BANK OF AMERICA NA »» 005 | Unsecured Creditors | $7,322.55 | $4,367.64 | $2,954.91 |
| 2 | BRANCH BANKING & TRUST CO »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $8,076.90 | $4,817.56 | $3,259.34 |
| 6 | NEWREZ LLC  D/B/A »» 006 | Mortgage Arrears | $8,860.62 | $8,860.62 | $0.00 |
| 3 | M&T BANK »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | M&T BANK »» 03U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |

**CLAIMS AND DISTRIBUTIONS**

**Chapter 13 Case No. 17-13432-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,098.13 | Current Monthly Payment: | $1,174.60 |
| Paid to Claims: | $27,509.55 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,587.99 | Total Plan Base: | $44,193.33 |
| Funds on Hand: | $0.59 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.