United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13432-amc |
| Ruth Elaine Heck | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 01, 2022 | Form ID: 138OBJ | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth Elaine Heck, 312 Anvil Road, Nottingham, PA 19362-9611 |
| 13918787 | | Ditech, P.O. Box 6172, Rapid City, SD 57709 |
| 14339874 | + | Ditech Financial LLC, c/o Kevin G. McDonald Esquire, KML Law Group P.C., 701 Market Street Ste 5000, Philadelphia Pa 19106-1541 |
| 13986935 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 02 2022 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2022 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13940270 | | Email/Text: bankruptcy@bbandt.com | Jul 02 2022 00:14:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847, Mailcode 100-50-01-51 |
| 13918784 | + | Email/Text: bankruptcy@bbandt.com | Jul 02 2022 00:14:00 | BB&T, MSCR Department, P.O. Box 3307, Greenville, SC 29602-3307 |
| 13918783 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 02 2022 00:14:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19850-7054 |
| 13918782 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 02 2022 00:14:00 | Bank of America, Attn: Bankruptcy Department, 475 Cross Point Parkway, Getzville, NY 14068-1609 |
| 13971347 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 02 2022 00:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13918785 | ^ | MEBN | Jul 02 2022 00:11:34 | Credit Control LLC, P.O. Box 546, Hazelwood, MO 63042-0546 |
| 13918786 | | Email/Text: mrdiscen@discover.com | Jul 02 2022 00:14:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 13923710 | | Email/Text: mrdiscen@discover.com | Jul 02 2022 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13918788 | | Email/Text: camanagement@mtb.com | Jul 02 2022 00:14:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 13946275 | + | Email/Text: camanagement@mtb.com | Jul 02 2022 00:14:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 13918789 | + | Email/Text: BKRMailOps@weltman.com | Jul 02 2022 00:14:00 | Weltman, Weinberg & Reis, Co., LPA, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 138OBJ | Total Noticed: 17 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14450745 | | New Residential, Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Ruth Elaine Heck stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Ruth Elaine Heck
      Debtor(s)

Case No: 17−13432−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/1/22