| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-13432-AMC**

RUTH ELAINE HECK
312 ANVIL ROAD
NOTTINGHAM  PA    19362

Petition Filed Date: 05/15/2017
341 Hearing Date: 07/28/2017
Confirmation Date: 02/15/2018

Case Status: Completed on 5/31/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $174.60 | 26985379241 | 04/20/2021 | $1,000.00 | 26985379230 | 05/18/2021 | $174.60 | 19262067316 |
| 05/18/2021 | $1,000.00 | 26985379994 | 06/15/2021 | $174.60 | 26985382020 | 06/15/2021 | $1,000.00 | 26985382018 |
| 07/16/2021 | $1,000.00 | 26985380411 | 07/16/2021 | $174.60 | 26985380422 | 08/18/2021 | $1,000.00 | 26985380545 |
| 08/18/2021 | $174.60 | 26985380556 | 09/17/2021 | $174.60 | 26985384011 | 09/17/2021 | $1,000.00 | 26985384000 |
| 10/13/2021 | $1,000.00 | 26985384584 | 10/13/2021 | $174.60 | 26985384595 | 11/24/2021 | $1,000.00 | 26985377564 |
| 11/24/2021 | $174.60 | 26985377575 | 12/21/2021 | $174.60 | 26985386338 | 12/21/2021 | $1,000.00 | 26985386327 |
| 01/19/2022 | $174.60 | 26985386676 | 01/19/2022 | $1,000.00 | 26985386665 | 02/23/2022 | $174.60 | 26985387058 |
| 02/23/2022 | $1,000.00 | 26985387047 | 03/25/2022 | $174.60 | 26985387374 | 03/25/2022 | $1,000.00 | 26985387363 |
| 05/02/2022 | $1,000.00 | 26985384911 | 05/02/2022 | $174.60 | 26985384922 | 05/31/2022 | $1,000.00 | 26985385394 |
| 05/31/2022 | $174.60 | 26985385405 | | | | | | |

**Total Receipts for the Period: $16,444.40   Amount Refunded to Debtor Since Filing: $278.53   Total Receipts Since Filing: $44,193.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BANK OF AMERICA NA<br>»»  004 | Unsecured Creditors | $15,866.42 | $15,866.42 | $0.00 |
| 5 | BANK OF AMERICA NA<br>»»  005 | Unsecured Creditors | $7,322.55 | $7,322.55 | $0.00 |
| 2 | BRANCH BANKING & TRUST CO<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $8,076.90 | $8,076.90 | $0.00 |
| 6 | NEWREZ LLC  D/B/A<br>»»  006 | Mortgage Arrears | $8,860.62 | $8,860.62 | $0.00 |
| 3 | M&T BANK<br>»»  03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | M&T BANK<br>»»  03U | Unsecured Creditors | $1.00 | $1.00 | $0.00 |
| 0 | STANLEY E LUONGO JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | RUTH ELAINE HECK | Debtor Refunds | $278.53 | $278.53 | $0.00 |

**Chapter 13 Case No. 17-13432-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,193.33 | Current Monthly Payment: | $573.91 |
| Paid to Claims: | $40,406.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,787.31 | Total Plan Base: | $44,193.33 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.